IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GOVINDA, LLC, d/b/a<br>HAMPTON INN MIDWEST CITY,<br><br>         Plaintiff,<br><br>v.<br><br>COLUMBIA MUTUAL<br>INSURANCE COMPANY,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. CIV-20-542-R<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This case is hereby stricken from the Court's June 2021 non-jury trial docket, to be reset if necessary following the resolution of pending motions.

IT IS SO ORDERED this 27th day of May 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE