IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GOVINDA, LLC, d/b/a<br>HAMPTON INN MIDWEST CITY,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA MUTUAL INSURANCE<br>COMPANY,<br><br>    Defendant. | No. CIV-20-542-R |

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's action is dismissed, and judgment is entered in favor of the Defendant.

ENTERED this 28th day of June 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE